LEWIS BRISBOIS BISGAARD & SMITH LLP
STEPHEN H. TURNER, SB# 89627
　E-Mail: Stephen.Turner@lewisbrisbois.com
LARISSA G. NEFULDA, SB# 201903
　E-Mail: Larissa.Nefulda@lewisbrisbois.com
633 West 5th Street, Ste. 4000
Los Angeles, CA 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant
CREDIT BUREAU OF SANTA MARIA dba
THE CREDIT BUREAU OF SAN LUIS
OBISPO AND SANTA BARBARA COUNTIES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CREDIT BUREAU OF SANTA MARIA dba THE CREDIT BUREAU OF SAN LUIS OBISPO AND SANTA BARBARA COUNTIES,<br><br>　　　　Defendant. | CASE NO. 2:15-cv-05105 TJH (AGRx)<br><br>**DEFENDANT CREDIT BUREAU OF SANTA MARIA DBA THE CREDIT BUREAU OF SAN LUIS OBSIPO AND SANTA BARBARA COUNTIES' NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>[Filed and Served concurrently with Defendant's Motion for Summary Judgment; Statement of Uncontroverted Facts and Conclusions of Law; Declaration of Catherine Thornton; and [Proposed] Order]<br><br>**DATE: February 15, 2016**<br>**TIME: UNDER SUBMISSION**<br>**COURTROOM 17**<br><br>Trial Date:　None Set<br><br>[Hon. Terry J. Hatter - Courtroom No. 17] |

　　PLEASE TAKE NOTICE that on February 15, 2016, or as soon thereafter as this motion may be heard in Courtroom 17 of the United States District Court for the Central District of California, Defendant CREDIT BUREAU OF SANTA MARIA dba THE CREDIT BUREAU OF SAN LUIS OBISPO ("CBSM"), by and through

4823-5704-0428.1

its counsel, will and hereby does move for summary judgment on the Complaint of Plaintiff DAVID RODRIGUEZ. This motion is made under Rule 56 of the Federal Rules of Civil Procedure. CBSM's motion for summary judgment is based upon the fact that there is no triable issue of material fact on any stated claim and that CBSM is thus entitled to judgment as a matter of law.

The Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities filed concurrently herewith, the Declarations of Catherine Thornton and Larissa G. Nefulda and all exhibits attached thereto, the Statement of Uncontroverted Facts and Conclusions of Law, on all matters upon which this Court must or may take judicial notice, and upon all argument that this Court may allow at the time of hearing the Motion.

## CERTIFICATE OF COMPLIANCE

This motion is made following the conference of counsel for CBSM and Plaintiff pursuant to L.R. 7-3. Counsel for CBSM informed Plaintiff of Defendant's intention of filing a summary judgment motion and the grounds upon which the summary judgment motion would be based. (Declaration of Larissa G. Nefulda ¶ 2.)

DATED: December 30, 2015　　　LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Larissa G. Nefulda
Stephen H. Turner
Larissa G. Nefulda
Attorneys for Defendant CREDIT BUREAU OF SANTA MARIA dba THE CREDIT BUREAU OF SAN LUIS OBISPO AND SANTA BARBARA COUNTIES

# FEDERAL COURT PROOF OF SERVICE

Rodriguez v. Credit Bureau of Santa Maria, et al.
Case No. 15-cv-05105-TJH (AGRx)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On December 30, 2015, I served the following document(s): **DEFENDANT CREDIT BUREAU OF SANTA MARIA DBA THE CREDIT BUREAU OF SAN LUIS OBSIPO AND SANTA BARBARA COUNTIES' NOTICE OF MOTION FOR SUMMARY JUDGMENT**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on December 30, 2015, at Los Angeles, California.

_/s/ Monica Rubio_
Monica Rubio

4823-5704-0428.1

DEFENDANT CREDIT BUREAU OF SANTA MARIA DBA THE CREDIT BUREAU OF SAN LUIS OBSIPO AND SANTA BARBARA COUNTIES' NOTICE OF MOTION FOR SUMMARY JUDGMENT

# SERVICE LIST

### Rodriguez v. Credit Bureau of Santa Maria, et al.
### 2:15-cv-05105-TJH (AGRx)

Alexander H. Lim, Esq.
HYDE AND SWIGART APC
7121 Magnolia Avenue, Suite J
Riverside, California 92504
Telephone: (951) 784-7773
Facsimile: (619) 297-1022
Email: alex@westcoastlitigation.com
*Attorneys for Plaintiff*
*DAVID RODRIGUEZ*

Joshua B. Swigart, Esq.
HYDE AND SWIGART APC
2221 Camino Del Rio South, Suite 101
San Diego, California 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022
Email: josh@westcoastlitigation.com
*Attorneys for Plaintiff*
*DAVID RODRIGUEZ*

Seyed Abbas Kazerounian, Esq.
KAZEROUNI LAW GROUP APC
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
Email: ak@kazlg.com
*Attorneys for Plaintiff*
*DAVID RODRIGUEZ*

Matthew M. Loker, Esq.
KAZEROUNI LAW GROUP, APC
1303 East Grand Avenue, Suite 101
Arroyo Grande, California 93420
Telephone: (805) 335-8455
Facsimile: (800) 520-5523
Email: ml@kazlg.com
*Attorneys for Plaintiff*
*DAVID RODRIGUEZ*

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

4823-5704-0428.1

DEFENDANT CREDIT BUREAU OF SANTA MARIA DBA THE CREDIT BUREAU OF SAN LUIS OBSIPO AND SANTA BARBARA COUNTIES' NOTICE OF MOTION FOR SUMMARY JUDGMENT