LEWIS BRISBOIS BISGAARD & SMITH LLP
STEPHEN H. TURNER, SB# 89627
  E-Mail: Stephen.Turner@lewisbrisbois.com
LARISSA G. NEFULDA, SB# 201903
  E-Mail: Larissa.Nefulda@lewisbrisbois.com
633 West 5th Street, Ste. 4000
Los Angeles, CA 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant,
CREDIT BUREAU OF SANTA MARIA dba
THE CREDIT BUREAU OF SAN LUIS
OBISPO AND SANTA BARBARA COUNTIES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CREDIT BUREAU OF SANTA MARIA dba THE CREDIT BUREAU OF SAN LUIS OBISPO AND SANTA BARBARA COUNTIES,<br><br>　　　　Defendant. | CASE NO. 2:15-cv-05105-AB-GJS (to be related to CASE NO. 2:15-cv-02679-TJH-AGR and 2:15-cv-02908-TJH-AGR)<br><br>**JUDGMENT**<br><br>[Hon. Terry Halter, Jr.] |

　　　　On July 26, 2016, this Court granted in its entirety the Motion for Summary Judgment of Defendant, Credit Bureau of Santa Maria dba the Credit Bureau of San Luis Obispo and Santa Barbara Counties ("Defendant"), pursuant to Federal Rule of Civil Procedure 56 on the grounds that the claims as set forth in the Complaint of Plaintiff David Rodriguez are without merit as a matter of law against Defendant.

　　　　In accordance with the Court's order granting Defendant's Motion for Summary Judgment, the Court now enters the following Judgment.

4829-8679-8133.1

ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiff David Rodriguez recover nothing from Defendant;
2. Judgment is entered in favor of Defendant; and
3. Defendant shall recover costs of suit from David Rodriguez.

DATED: Aug. 12, 2016

_____
Hon. Terry J. Halter, Jr.
UNITED STATES DISTRICT JUDGE